IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> SAN QUENTIN MEDICAL DEPARTMENT, <br><br> Defendants. | No. C 07-1288 JSW (PR) <br><br> **ORDER OF DISMISSAL** |

On March 6, 2007, Plaintiff filed this *pro se* civil rights action. Thereafter, on July 30, 2007, this Court dismissed the complaint but granted Plaintiff thirty days to amend the complaint to state a cognizable claim. The Court notified Plaintiff that failure to amend by the designated time would result in a dismissal of the case. Since that time, Plaintiff has not filed any amendment or made contact with the Court. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: November 27, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND HOWARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN QUENTIN MEDICAL DEPT. et al,<br><br>　　　　Defendant.　　　　　　　　／ | Case Number: CV07-01288 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Roland Howard
1075 Fillmore St.
San Francisco, CA 94121

Dated: November 27, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk